UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH ANTHONY COCKERHAM,<br><br>Defendant | Case No.: 21-cr-02674-GPC<br><br>JUDGMENT AND ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE<br><br>[ECF No. 43] |

Upon the motion of the Government, and good cause appearing therefrom, IT IS HEREBY ORDERED that the Superseding Information against Kenneth Anthony Cockerham, in this case is dismissed without prejudice.

IT IS SO ORDERED.

Dated: December 9, 2024

Hon. Gonzalo P. Curiel
United States District Judge